# United States Bankruptcy Court
## Southern District of Florida

In re  **Magnolia Del Carmen Medichini**                               Case No.
                              Debtor(s)                                Chapter  **13**

## DECLARATION REGARDING PAYMENT ADVICES

**Debtor:**

☑ Copies of all payment advices, pay stubs or other evidence of payment received by the debtor from any employer within 60 days prior to the filing of the bankruptcy petition are attached. (Note: If you worked some, but not all of the 60 days prior, attach copies of any and all received and provide explanation that you didn't work the full 60 days.)

☐ Copies of all payment advices **are not** attached because the debtor had no income from any employer during the 60 days prior to filing the bankruptcy petition.

☐ Copies of all payment advices **are not** attached because the debtor:
  ☐ receives disability payments
  ☐ is unemployed and does not receive unemployment compensation
  ☐ receives Social Security payments
  ☐ receives a pension
  ☐ does not work outside the home
  ☐ is self employed and does not receive payment advices

☐ None of the statements above apply, however, the debtor is unable to timely provide some or all copies of payment advices or other evidence of payment received
  Explain: _____

*NOTE: When submitting copies of evidence of payment such as pay stubs or payment advices, it is your responsibility to redact (blackout) any social security numbers, names of minor children, dates of birth or financial account numbers before attaching for filing with the court. See Local Rule 5005-1(A)(2).*

**CERTIFICATION**

I hereby certify that I am admitted to the Bar of the United States District Court for the Southern District of Florida and I am in compliance with the additional qualifications to practice in this court set forth in Local Rule 2090-1(A).

 **April 27, 2018**                                        **/s/ Jonathan S. Leiderman**
 *Date*                                                    **Jonathan S. Leiderman 0027022**
                                                           *Signature of Attorney*
                                                           **Leiderman Shelomith Alexander + Somodevilla, PLLC**
                                                           **2699 Stirling Rd # C401**
                                                           **Fort Lauderdale, FL 33312**
                                                           **(954) 920-5355   Fax: (954) 920-5371**
                                                           **jsl@lsaslaw.com**
                                                           *Name of law firm*

| Company Code | Loc/Dept | Number | Page |
|---|---|---|---|
| K1 / TJF 24031199 | 01/ | 56006 | 1 of 1 |

Rene Ruiz Wholesale Inc
1055 E 15th St
Hialeah, FL 33010

## Earnings Statement

Period Starting: 02/11/2018
Period Ending: 02/24/2018
Pay Date: 03/12/2018

Taxable Marital Status: Married
Exemptions/Allowances:      Tax Override:
  Federal: 0    Federal:
  State: 0      State:
  Local: 0      Local:
Social Security Number: XXX-XX-XXXX

Magnolia D Medichini
7010 SW 16th St
Plantation, FL 33317

| Earnings | rate | hours/units | this period | year to date |
|---|---|---|---|---|
| Regular | | 0.00 | 2884.26 | 11537.64 |
| Gross Pay | | | $2,884.26 | $11,537.64 |

| Statutory Deductions | this period | year to date |
|---|---|---|
| Federal Income | -278.15 | 1181.39 |
| Social Security | -178.82 | 715.33 |
| Medicare | -41.83 | 167.30 |

| Voluntary Deductions | this period | year to date |
|---|---|---|
| Insurance Post Tax | -431.77 | 1727.08 |

| Net Pay Adjustments | this period | year to date |
|---|---|---|
| *Misc/Travel | 2033.28 | 2033.28 |

| Net Pay | $3,986.97 |
|---|---|

| Deposits account number | transit/ABA | amount |
|---|---|---|
| XXXXXX7872 | XXXXXXXXX | 3986.97 |

Your federal taxable wages this period are $2,884.26
* Excluded from Federal taxable wages

Rene Ruiz Wholesale Inc
1055 E 15th St
Hialeah, FL 33010

Pay Date: 03/12/2018

**THIS IS NOT A CHECK**

| Deposited to the account | account number | transit/ABA | amount |
|---|---|---|---|
| Checking DirectDeposit | XXXXXX7872 | XXXXXXXXX | 3986.97 |

Magnolia D Medichini
7010 SW 16th St
Plantation, FL 33317

| Company Code | Loc/Dept | Number | Page |
|---|---|---|---|
| K1 / TJF 24031199 | 01/ | 85641 | 1 of 1 |

Rene Ruiz Wholesale Inc
1055 E 15th St
Hialeah, FL 33010

## Earnings Statement

ADP

Period Starting: 02/25/2018
Period Ending: 03/10/2018
Pay Date: 03/26/2018

Taxable Marital Status: Married
Exemptions/Allowances:   Tax Override:
  Federal:   0        Federal:
  State:     0        State:
  Local:     0        Local:
Social Security Number: XXX-XX-XXXX

Magnolia D Medichini
7010 SW 16th St
Plantation, FL 33317

| Earnings | rate | hours/units | this period | year to date |
|---|---|---|---|---|
| Regular | | 0.00 | 2884.26 | 14421.90 |
| Gross Pay | | | $2,884.26 | $14,421.90 |

| Statutory Deductions | this period | year to date |
|---|---|---|
| Federal Income | -278.15 | 1459.54 |
| Social Security | -178.83 | 894.16 |
| Medicare | -41.82 | 209.12 |

| Voluntary Deductions | this period | year to date |
|---|---|---|
| Insurance Post Tax | -431.77 | 2158.85 |
| Miscellaneous | -57.00 | 57.00 |

| Net Pay Adjustments | this period | year to date |
|---|---|---|
| *Misc/Travel | 0.00 | 2033.28 |

| Net Pay | $1,896.69 | |

| Deposits account number | transit/ABA | amount |
|---|---|---|
| XXXXXX7872 | XXXXXXXXX | 1896.69 |

Your federal taxable wages this period are $2,884.26
* Excluded from Federal taxable wages

---

Rene Ruiz Wholesale Inc
1055 E 15th St
Hialeah, FL 33010

Pay Date:    03/26/2018

**THIS IS NOT A CHECK**

| Deposited to the account | account number | transit/ABA | amount |
|---|---|---|---|
| Checking DirectDeposit | XXXXXX7872 | XXXXXXXXX | 1896.69 |

Magnolia D Medichini
7010 SW 16th St
Plantation, FL 33317

| Company Code | Loc/Dept | Number | Page |
|---|---|---|---|
| K1 / TJF 24031199 | 01/ | 123358 | 1 of 1 |

Rene Ruiz Wholesale Inc
1055 E 15th St
Hialeah, FL 33010

## Earnings Statement 

Period Starting:  03/11/2018
Period Ending:   03/24/2018
Pay Date:        04/09/2018

Taxable Marital Status:  Married
Exemptions/Allowances:       Tax Override:
  Federal:  0                  Federal:
  State:    0                  State:
  Local:    0                  Local:
Social Security Number:    XXX-XX-XXXX

Magnolia D Medichini
7010 SW 16th St
Plantation, FL 33317

| Earnings | rate | hours/units | this period | year to date |
|---|---|---|---|---|
| Regular | | 0.00 | 2884.26 | 17306.16 |
| Gross Pay | | | $2,884.26 | $17,306.16 |

| Statutory Deductions | this period | year to date |
|---|---|---|
| Federal Income | -278.15 | 1737.69 |
| Social Security | -178.82 | 1072.98 |
| Medicare | -41.82 | 250.94 |

| Voluntary Deductions | this period | year to date |
|---|---|---|
| Insurance Post Tax | -431.77 | 2590.62 |
| Miscellaneous | 0.00 | 57.00 |

| Net Pay Adjustments | this period | year to date |
|---|---|---|
| *Misc/Travel | 0.00 | 2033.28 |

| Net Pay | | $1,953.70 | |

| Deposits account number | transit/ABA | amount |
|---|---|---|
| XXXXXX7872 | XXXXXXXXX | 1953.70 |

Your federal taxable wages this period are $2,884.26
* Excluded from Federal taxable wages

Rene Ruiz Wholesale Inc
1055 E 15th St
Hialeah, FL 33010

Pay Date:   04/09/2018

Deposited to the account
Checking DirectDeposit

| account number | transit/ABA | amount |
|---|---|---|
| XXXXXX7872 | XXXXXXXXX | 1953.70 |

THIS IS NOT A CHECK

Magnolia D Medichini
7010 SW 16th St
Plantation, FL 33317

| Company Code | Loc/Dept | Number | Page |
|---|---|---|---|
| K1 / TJF 24031199 | 01/ | 169101 | 1 of 1 |

Rene Ruiz Wholesale Inc
1055 E 15th St
Hialeah, FL 33010

# Earnings Statement



Period Starting: 03/25/2018
Period Ending: 04/07/2018
Pay Date: 04/23/2018

Taxable Marital Status: Married
Exemptions/Allowances:     Tax Override:
  Federal:  0                Federal:
  State:    0                State:
  Local:    0                Local:
Social Security Number: XXX-XX-XXXX

Magnolia D Medichini
7010 SW 16th St
Plantation, FL 33317

| Earnings | rate | hours/units | this period | year to date |
|---|---|---|---|---|
| Regular | | 0.00 | 2884.26 | 20190.42 |
| Gross Pay | | | $2,884.26 | $20,190.42 |

| Statutory Deductions | this period | year to date |
|---|---|---|
| Federal Income | -278.15 | 2015.84 |
| Social Security | -178.83 | 1251.81 |
| Medicare | -41.82 | 292.76 |

| Voluntary Deductions | this period | year to date |
|---|---|---|
| Insurance Post Tax | -431.77 | 3022.39 |
| Miscellaneous | 0.00 | 57.00 |

| Net Pay Adjustments | this period | year to date |
|---|---|---|
| *Misc/Travel | 0.00 | 2033.28 |

| Net Pay | | $1,953.69 | |

| Deposits account number | transit/ABA | amount |
|---|---|---|
| XXXXXX7872 | XXXXXXXXX | 1953.69 |

Your federal taxable wages this period are $2,884.26
* Excluded from Federal taxable wages

Rene Ruiz Wholesale Inc
1055 E 15th St
Hialeah, FL 33010

Pay Date:   04/23/2018

THIS IS NOT A CHECK

| Deposited to the account | account number | transit/ABA | amount |
|---|---|---|---|
| Checking DirectDeposit | XXXXXX7872 | XXXXXXXXX | 1953.69 |

Magnolia D Medichini
7010 SW 16th St
Plantation, FL 33317